going to do and that all shared in the money taken from the White Garden.

 The trial judge did not abuse his discretion in revoking the probation.

The judgment is affirmed.

Our able State's Attorney confesses error, and we agree. Bill of exception No. 1 recites that the complaint was not sworn to before any official or person in authority. Barrington v. State, 116 Tex.Cr.R. 11, 32 S.W.2d 837, is authority for the holding that "as a basis for the prosecution upon an information, a complaint supported by affidavit is essential." See also Addison v. State, Tex.Cr.App., 283 S.W.2d 55, and the cases there cited.

The judgment is reversed and the prosecution is ordered dismissed.

MORRISON, Presiding Judge.

The offense is driving while intoxicated; the punishment, 45 days in jail and a fine of $300.